JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALIREZA HASHAM BAN,

        Petitioner,

    v.

DAVID MARIN, et al.,

        Respondents.

Case No. 5:26-cv-00053-RGK-KES

ORDER DISMISSING PETITION AS MOOT

The parties agree that, Petitioner having been granted preliminary injunctive relief and released from custody, the Petition is now moot.  (Dkt. 23.)  Respondents stipulate that any future enforcement actions must comply with the required procedures pursuant to 8 U.S.C. § 241.4(*l*) and 8 U.S.C. § 241.13(i).  (Dkt. 23 at 2.)

IT IS THEREFORE ORDERED that the Petition is **dismissed** as moot and the Clerk is directed to **close this case**.

DATED:  03/13/2026

_____
GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

1